(Eddie) Jae K. Kim (SBN: 236805)
**LYNCH CARPENTER, LLP**
117 E Colorado Blvd, Ste 600
Pasadena, CA 91105-3712
Telephone: (213) 723-0707
Facsimile: (858) 313-1850
ekim@lcllp.com

***Attorneys for Plaintiffs***

[Additional counsel on signature page]

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

NATHAN CHOI and MAHNOOR KHAN individually and on behalf of all others similarly situated,

Plaintiffs,

v.

KHAN & ASSOCIATES, CPA, INC.

Defendant.

Case No.: 8:25-cv-02538-MRA-JDE

**NOTICE OF VOLUNTARY DISMISSAL**

Plaintiffs Nathan Choi and Mahnoor Khan, by and through their undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), voluntarily dismiss without prejudice their claims against Defendant Khan & Associates, CPA, Inc., with each side to bear its own costs.

No motion for class certification has been filed, and no class has been certified in this action; therefore, class notice and court approval of this dismissal

are not required under the Federal Rules. Further, no opposing party has served either an answer or a motion for summary judgment in the present case.

Dated: December 19, 2025

Respectfully submitted,

**LYNCH CARPENTER, LLP**

*/s/ (Eddie) Jae K. Kim*

(Eddie) Jae K. Kim (SBN: 236805)
La Jolla Gateway
9171 Towne Centre Drive, Suite 180
San Diego, CA 92122
Telephone: (619) 762-1910
Facsimile: (724) 656-1556
ekim@lcllp.com

**LYNCH CARPENTER, LLP**
Gerald D. Wells, III (SBN: 257496)
1760 Market Street, Suite 600
Philadelphia, PA 19103
T: 267-609-6910
F: 267-609-6955
jerry@lcllp.com

***Attorneys for Plaintiffs and the Proposed Class***